JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

NOV 2 6 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

United States Courts
Southern District of Texas
FILED

DEC 1 9 2007

Michael N. Milby, Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-10)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 89 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MINNESOTA | | | | |
| MN | 0 | 07-4345 | Paula P. Thompson v. Davol, Inc., et al. | CA 07-1989 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3444 | Luis Aguilar-Rodriguez v. Davol, Inc., et al. | CA 07-1990 |
| TXS | 4 | 07-3445 | Carol A. Bishop v. Davol, Inc., et al. | CA 07-1991 |
| TXS | 4 | 07-3447 | Shawn Ray Brown v. Davol, Inc., et al. | CA 07-1992 |
| TXS | 4 | 07-3458 | Chester Wilson Brumley v. Davol, Inc., et al. | CA 07-1993 |
| TXS | 4 | 07-3459 | Michele L. Farmer v. Davol, Inc., et al. | CA 07-1994 |
| TXS | 4 | 07-3460 | Thomas Joseph Gillogly v. Davol, Inc., et al. | CA 07-1995 |
| TXS | 4 | 07-3462 | Marian M. Koryciak v. Davol, Inc., et al. | CA 07-1996 |
| TXS | 4 | 07-3463 | Danny Ray Pritchett v. Davol, Inc., et al. | CA 07-1997 |
| TXS | 4 | 07-3464 | Donald A. Schwarzenbart v. Davol, Inc., et al. | CA 07-1998 |
| TXS | 4 | 07-3465 | Melinda S. Votion v. Davol, Inc., et al. | CA 07-1999 |
| TXS | 4 | 07-3466 | Joyce Ann Johnson v. Davol, Inc., et al. | CA 07-2000 |
| TXS | 4 | 07-3467 | Margaret Ann Ingram v. Davol, Inc., et al. | CA 07-2001 |
| TXS | 4 | 07-3469 | Maurice Patrick Hintz v. Davol, Inc., et al. | CA 07-2002 |
| TXS | 4 | 07-3470 | Debby Lynn Hernandez v. Davol, Inc., et al. | CA 07-2003 |
| TXS | 4 | 07-3471 | Ronnie Lee Henson v. Davol, Inc., et al. | CA 07-2004 |
| TXS | 4 | 07-3472 | Jeffrey Clark Hatcher v. Davol, Inc., et al. | CA 07-2005 |
| TXS | 4 | 07-3473 | Rodney Lee Hammonds v. Davol, Inc., et al. | CA 07-2006 |
| TXS | 4 | 07-3474 | Dorothy M. Davis v. Davol, Inc., et al. | CA 07-2007 |
| TXS | 4 | 07-3475 | Gwen A. Coney v. Davol, Inc., et al. | CA 07-2008 |
| TXS | 4 | 07-3477 | Lydia G. Cole v. Davol, Inc., et al. | CA 07-2009 |
| TXS | 4 | 07-3545 | Buford H. Adkins v. Davol, Inc., et al. | CA 07-2010 |
| TXS | 4 | 07-3546 | Charoletta C. Blackmon v. Davol, Inc., et al. | CA 07-2011 |
| TXS | 4 | 07-3547 | Georgiana K. Donohoo v. Davol, Inc., et al. | CA 07-2012 |
| TXS | 4 | 07-3548 | Craig E. Feese v. Davol, Inc., et al. | CA 07-2013 |
| TXS | 4 | 07-3549 | Richard T. Gillespie v. Davol, Inc., et al. | CA 07-2014 |
| TXS | 4 | 07-3550 | Marvin D. Holler v. Davol, Inc., et al. | CA 07-2015 |
| TXS | 4 | 07-3551 | Lawrence Paul Horne v. Davol, Inc., et al. | CA 07-2016 |
| TXS | 4 | 07-3552 | Warren Scott Hugelier v. Davol, Inc., et al. | CA 07-2017 |
| TXS | 4 | 07-3553 | Richard E. Wolfsheimer v. Davol, Inc., et al. | CA 07-2018 |
| TXS | 4 | 07-3554 | Ann Margaret Wright v. Davol, Inc., et al. | CA 07-2019 |
| TXS | 4 | 07-3570 | W.L. Akins v. Davol, Inc., et al. | CA 07-2020 |
| TXS | 4 | 07-3571 | Amado Alejos v. Davol, Inc., et al. | CA 07-2021 |
| TXS | 4 | 07-3572 | James C. Andrews v. Davol, Inc., et al. | CA 07-2022 |
| TXS | 4 | 07-3573 | David L. Arnold v. Davol, Inc., et al. | CA 07-2023 |
| TXS | 4 | 07-3574 | Michele Marie Beck v. Davol, Inc., et al. | CA 07-2024 |

MDL No. 1842 - Schedule CTO-10 Tag -Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3575 | Harry F. Berrios v. Davol, Inc., et al. | CA 07-2025 |
| TXS | 4 | 07-3576 | Sandra S. Borowski v. Davol, Inc., et al. | CA 07-2026 |
| TXS | 4 | 07-3577 | Ronald Wayne Bradshaw v. Davol, Inc., et al. | CA 07-2027 |
| TXS | 4 | 07-3578 | Claudette Dashawn Brown v. Davol, Inc., et al. | CA 07-2028 |
| TXS | 4 | 07-3579 | Betty Camus v. Davol, Inc., et al. | CA 07-2029 |
| TXS | 4 | 07-3580 | Frances Oveda Carroll v. Davol, Inc., et al. | CA 07-2030 |
| TXS | 4 | 07-3581 | Kellie Darlene Deal v. Davol, Inc., et al. | CA 07-2031 |
| TXS | 4 | 07-3583 | Josef A. Dillmann v. Davol, Inc., et al. | CA 07-2032 |
| TXS | 4 | 07-3584 | George Ward Fellabaum v. Davol, Inc., et al. | CA 07-2033 |
| TXS | 4 | 07-3585 | Kelly M. Follin v. Davol, Inc., et al. | CA 07-2034 |
| TXS | 4 | 07-3586 | Janie Marie Gaines v. Davol, Inc., et al. | CA 07-2035 |
| TXS | 4 | 07-3587 | Krisy Lee Geer v. Davol, Inc., et al. | CA 07-2036 |
| TXS | 4 | 07-3588 | Harold Gomez v. Davol, Inc., et al. | CA 07-2037 |
| TXS | 4 | 07-3589 | Donald N. Gregg v. Davol, Inc., et al. | CA 07-2038 |
| TXS | 4 | 07-3590 | Jose L. Gutierrez, Jr. v. Davol, Inc., et al. | CA 07-2039 |
| TXS | 4 | 07-3591 | Margo Lynn Hilton v. Davol, Inc., et al. | CA 07-2040 |
| TXS | 4 | 07-3592 | Aubrey L. Hineman v. Davol, Inc., et al. | CA 07-2041 |
| TXS | 4 | 07-3593 | Joanna P. Kelly v. Davol, Inc., et al. | CA 07-2042 |
| TXS | 4 | 07-3594 | Fay M. King v. Davol, Inc., et al. | CA 07-2043 |
| TXS | 4 | 07-3595 | Cody R. Klewin v. Davol, Inc., et al. | CA 07-2044 |
| TXS | 4 | 07-3596 | Steven L. Lawson v. Davol, Inc., et al. | CA 07-2045 |
| TXS | 4 | 07-3597 | David Dean Lay v. Davol, Inc., et al. | CA 07-2046 |
| TXS | 4 | 07-3598 | Linda Y. Leonard v. Davol, Inc., et al. | CA 07-2047 |
| TXS | 4 | 07-3600 | Levi D. Madison v. Davol, Inc., et al. | CA 07-2048 |
| TXS | 4 | 07-3601 | Christine Marie Mallett v. Davol, Inc., et al. | CA 07-2049 |
| TXS | 4 | 07-3618 | Ellie Mae Kendrick v. Davol, Inc., et al. | CA 07-2050 |
| TXS | 4 | 07-3619 | Trevus Gail Manning v. Davol, Inc., et al. | CA 07-2051 |
| TXS | 4 | 07-3620 | Deborah D. McBride v. Davol, Inc., et al. | CA 07-2052 |
| TXS | 4 | 07-3621 | Charles Winston McCray, II v. Davol, Inc., et al. | CA 07-2053 |
| TXS | 4 | 07-3622 | Reta Faye Miller v. Davol, Inc., et al. | CA 07-2054 |
| √TXS | 4 | 07-3624 | John M. Morgan v. Davol, Inc., et al. | CA 07-2055 |
| TXS | 4 | 07-3625 | Deward A. Myers v. Davol, Inc., et al. | CA 07-2056 |
| TXS | 4 | 07-3626 | Charles S. Nay v. Davol, Inc., et al. | CA 07-2057 |
| TXS | 4 | 07-3627 | Linda Sue Nichols v. Davol, Inc., et al. | CA 07-2058 |
| TXS | 4 | 07-3629 | William Leonard Norris v. Davol, Inc., et al. | CA 07-2059 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-10)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-10)**

Hon. David S. Doty
Senior U.S. District Judge
14W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Samuel B. Kent
U.S. District Judge
613 United States Courthouse
601 25th Street
Galveston, TX 77550

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-10)**

Richard Sletten, Clerk
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

CLOSED, STAYED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03624**
**Internal Use Only**

Morgan v. Davol, Inc. et al
Assigned to: Judge David Hittner
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/30/2007
Date Terminated: 11/29/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John M. Morgan** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3172795) filed by John M. Morgan. (Attachments: # 1 Civil Cover Sheet Morgan, John M.)(Alexander, David) (Entered: 10/30/2007) |
| 10/31/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 12/13/2007 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Smith. ( Judge David Hittner ) Parties notified.(blacy, ) (Entered: 10/31/2007) |
| 11/01/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(mmapps, ) (Entered: 11/01/2007) |
| 11/14/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by John M. Morgan, filed.(Alexander, David) (Entered: 11/14/2007) |
| 11/19/2007 | 4 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 11/8/2007, answer due 11/28/2007, filed.(dhays, ) (Entered: 11/20/2007) |
| 11/19/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 11/8/2007, answer due 11/28/2007, filed.(dhays, ) (Entered: 11/20/2007) |
| 11/28/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C. R. Bard, Inc., filed. Motion Docket Date 12/18/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 11/28/2007) |
| 11/29/2007 | 7 | ORDER granting 6 Motion to Stay Pending Transfer to Federal MDL. ( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 11/30/2007) |
| 11/29/2007 | 8 | ORDER OF DISMISSAL. Case terminated on November 29, 2007. ( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 11/30/2007) |

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk of Court**
**By __________ Deputy Clerk**